### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE : Anthony Brown | *   Case No. 08-17386 |
| | * |
| Debtor | *   Chapter 13 |
| | * |

*************************************************************************

### MOTION TO DISMISS VOLUNTARY PETITION

Anthony Brown, Debtor, by his attorney, Antonio Aquia, files this Motion to Dismiss Voluntary Petition and respectfully represents:

1. That a Voluntary Petition for Relief under Chapter 13 of Title 11 of the United States Bankruptcy Code was filed on June 2, 2008.

2. That the Debtor has decided that he wishes to voluntarily dismiss his case.

WHEREFORE, the Debtor prays that the Order for Relief resulting from the filing of the Voluntary Petition be set aside and that this case be dismissed, and for any further relief as may be just and proper.

/s/ Antonio Aquia
Antonio Aquia, Bar # 26198
220 N. Liberty Street
Baltimore, MD 21201
(410) 234-0100
Attorneys for Debtor

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 4th day of November, 2009, a copy of the foregoing Motion to Dismiss was sent electronically to:

Gerard Vetter, Chapter 13 Trustee

Office of the United States Trustee

and sent to all creditors on the original mailing matrix

/s/ Antonio Aquia
Antonio Aquia