Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   08−17386 RAG   Chapter:   13

Anthony Brown
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 11/5/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. §§ 362(a) is terminated.

Dated: 11/5/09

　　　　　　　　　　　　　　　　　　　　　Mark D. Sammons, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Y Oliver410−962−4424